[No. 4417–3–III.   Division Three.   February 2, 1982.]

NEIL FRANCIS RUPERT, *Appellant,* v. JAMES SPALDING,
*as Superintendent of the State Penitentiary,*
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 75119, Yancey Reser, J., entered March 4, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 4139–II.   Division Two.   February 3, 1982.]

FRANK L. MYERS, ET AL, *Respondents,* v. HAROLD
LeMAY INVESTMENTS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 267048, James V. Ramsdell, J., entered June 5, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Reed, C.J., and Petrie, J.

[No. 5390–II.   Division Two.   February 4, 1982.]

*In the Matter of the Marriage of* KATHLEEN
FRANCES HUHTA, *Petitioner, and* ELMER
HUHTA, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65129, Herbert E. Wieland, J., entered March 31, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie, J., and Johnson, J. Pro Tem.